Joyce MARTIN, Appellant,

v.

**CHRYSLER CORPORATION,**
Appellee.

No. 00–2908.

United States Court of Appeals,
Eighth Circuit.

Oct. 15, 2001.

Appellee's motion for leave to file their bill of costs out of time has been considered by the court and is denied.